UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELINDA J. BLAKE,

    Plaintiff,

v.                              CASE NO. 8:08-CV-851-T-17TEM

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 19 Report and Recommendation

This case is a review of the final decision of the Commissioner denying Plaintiff's claim for Social Security disability benefits. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the decision of the Commissioner be affirmed.

The Court has independently reviewed of the pleadings and the Administrative Record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. The decision of the Commissioner denying disability benefits to Plaintiff is **affirmed.** The Clerk

Case No. 8:08-CV-851-T-17TEM

of Court shall enter a final judgment in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 28th day of September, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

.